UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE

EDUARDO DAVID PEREZ

DEBTOR

CHAPTER 7

CASE NO. 17-45869-cec

JUDGE: Carla E. Craig

MOTION DATE: January 11, 2018

MOTION TIME: 11:00 AM

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**UPON** consideration of the Application of Nationstar Mortgage LLC as Servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates, Series 2004-H, ("Movant") dated November 28, 2017, and it appearing that neither the Debtor nor the Chapter 7 Trustee nor the U.S. Trustee have opposition to the motion brought by Movant, for relief from the automatic stay, and with good cause appearing therefore, it is

**ORDERED** that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all actions pursuant to the Note and Mortgage and applicable state law ~~including but not limited to foreclose its mortgage on~~ **_with respect to the (CEC)_** premises known as 9011 Clay Springs Drive, Ashland, VA 23005 without further application to this Court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report and turn over to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.



**Dated: Brooklyn, New York**
**January 19, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**